NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――

**GRANDEYE LIMITED,**
*Appellant*

**v.**

**GOOGLE INC.,**
*Appellee*

―――――――――

2015-1622, 2015-1624, 2015-1625

―――――――――

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00546, IPR2013-00547, IPR2013-00548.

―――――――――

## JUDGMENT

―――――――――

STEPHEN YEE CHOW, Burns & Levinson, LLP, Boston, MA, argued for appellant.

PRATIK A. SHAH, Akin, Gump, Strauss, Hauer & Feld, LLP, Washington, DC, argued for appellee. Also represented by EMILY CURTIS JOHNSON, DAVID VONDLE, ZE-WEN JULIUS CHEN, CONO A. CARRANO, ASHRAF FAWZY.

JEREMIAH HELM, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for

intervenor Michelle K. Lee. Also represented by THOMAS W. KRAUSE, SCOTT WEIDENFELLER, STACY BETH MARGOLIES.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (O'MALLEY, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 March 28, 2016                          /s/ Daniel E. O'Toole
        Date                            Daniel E. O'Toole
                                        Clerk of Court